Recording Requested by:
Gerrad Pernell Swahili
Fatima Swahili
When recorded mail this document to:
Gerrad Pernell Swahili
Fatima Swahili
30328 Vercors Street,
Murrieta Ca, 92563

```
FILED
CLERK, U.S. DISTRICT COURT
06/13/2023
CENTRAL DISTRICT OF CALIFORNIA
BY:   KD   DEPUTY
```

UNITED STATES DISTRICT COURT

For the

Central District of California

Gerrad Pernell Swahili,
Fatima Swahili

   Plaintiff,

v.

WELLS FARGO BANK NA,
CARRINGTON MORTGAGE
SERVICES LLC, MORTGAGE
ELECTRONIC REGISTRATION
SYSTEM INC
Defendant.

Case No.: 5:23-cv-00980 MEMF-AFM

## NOTICE OF PENDENCY OF ACTION

## PURSUANT TO CCP § 405.20

  Please take NOTICE that the parcel of land parcel, designated as number 1, Lot 150 of track number 29484, recorded in Book 387, pages 81 through 99, official records of Riverside County, under document number 2011-0160251 (DEED). The address for

1

[Case No.]

said property being, 30328 Vercors Street, Murrieta California 92563, listed as Deed of Trust, document number: 2011-0160252 is subject to a pending litigation, in the above titled action filed as case number: 5:23-cv-00980 MEMF-AFM, on May 31st 2023, at the United States District Court for the Central District.  The above-mentioned parties have been served as of June 3, 2023.

June 7th 2023

Parties:
Gerrad Pernell Swahili

Fatima Swahili

2

[Case No.]

USPS: 7018 1830 0000 3876 7263

UNITED STATES DISTRICT COURT

For the

Central District of California

Gerrad Pernell Swahili et al

v.

Wells Fargo Bank et al

Case No.: 5:23-cv-00980 MEMF-AFM                June 7th 2023

NOTICE PURSUNAT TO CCP 405.20 /405.21

The Plaintiff(s) pursuant to CCP 405.21 are requesting, what ever document necessary, for the approval of the Judge of record, to file our NOTICE OF PENDENCY IN ACTION (Lis Pendens) at the County recorder's office.

Gerrad Pernell Swahili

*All Rights Reserved*

## PROOF OF SERVICE

5:23-cv-00980 MEMF-AFM

On the day of June 8th 2023, the two instruments titled **NOTICE OF PENDENCY OF ACTION PURSUANT TO CCP § 405.20** and NOTICE PURSUNAT TO CCP 405.20 /405.21 were mailed to the defendants, at their address listed below, via the United States Postal Service on the date of June 10th 2023.

Wells Fargo Bank NA
420 Montgomery Street
San Francisco, California

Carrington Mortgage Services LLC
1600 S Douglass Rd, Suites 200-A & 110
Anaheim, California 92806

Mortgage Electronic Registration System
11819 Miami Street, Suite 100
Omaha Nebraska, 68164

Trustor's name, as it appears on
his Deed of Trust
Gerrad Pernell Swahili
All rights reserved

