UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerald Pernell Swahili, Fatima Swahili<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK NA, CARRINGTON MORTGAGE SERVICES LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC; DHI MORTGAGE COMPANY LTD L.P.; LAWYERS TITLE COMPANY; Wilmington Savings Fund Society, FSB, as Trustee of StanWich Mortgage Trust I,<br><br>Defendants. | CASE NO.: 5:23-cv-00980-MEMF-AFMx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date:   November 2, 2023<br>Time:   10:00 a.m.<br>Corm:  8B<br><br>[The Hon. Maame Ewusi-Mensah Frimpong] |

| | |
|---|---|
| 1 | The motion to dismiss each claim in the First Amended Complaint, filed by |
| 2 | defendant WELLS FARGO BANK, N.A. ("Wells Fargo") came on regularly for |
| 3 | hearing on November 2, 2023, the Honorable Maame Ewusi-Mensah Frimpong |
| 4 | presiding. The Court, having read and considered the motion, all opposition and |
| 5 | reply papers, and good cause appearing, finds as follows: |
| 6 | Plaintiffs' claims in the First Amended Complaint fail as a matter of law |
| 7 | because: (i) plaintiffs are precluded from maintaining this action under the doctrine |
| 8 | of res judicata due to the dismissal with prejudice of their prior action against |
| 9 | Wells Fargo; (ii) each claim is fatally time barred; (iii) the fraud allegations are not |
| 10 | pled with specificity; (iv) plaintiffs fail to cite a legitimate flaw with respect to the |
| 11 | recorded instruments at issue in this case; (v) plaintiffs cannot articulate how Wells |
| 12 | Fargo's conduct caused them to sustain actual damages; and (vi) to the extent that |
| 13 | plaintiffs allege damages against Wells Fargo, the allegations in the FAC fail to |
| 14 | pierce California's common-interest privilege codified at Civil Code Sections 47(c) |
| 15 | and 2924. |
| 16 | Furthermore, plaintiffs' equitable claims for cancellation of instruments fail |
| 17 | for the additional reason that plaintiffs have not tendered the considerable debt at |
| 18 | issue. |
| 19 | **WHEREFORE, IT IS HEREBY ORDERED THAT:** |
| 20 | 1.   Wells Fargo's Request for Judicial Notice is GRANTED in full; |
| 21 | 2.   Wells Fargo's motion to dismiss each claim in the First Amended |
| 22 | Complaint is GRANTED in full, without leave to amend; *and* |
| 23 | 3.   Plaintiffs shall take nothing from Wells Fargo in this action. |
| 24 | |
| 25 | |
| 26 | DATED: _____ |
| 27 | HON. MAAME EWUSI-MENSAH FRIMPONG<br>UNITED STATES DISTRICT JUDG |
| 28 | |