Gerrad
30328 Vernon St, Murrieta Ca
(619) 750-4787

# NOTICE OF APPEAL

FILED

UNITED STATES DISTRICT COURT
For the
Central District of California

2023 DEC 29 AM 9:48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: ___

CV-23-00980 · MEMF-AFM

Gerrad Pernell Swahili et al

vs

Wells Fargo Bank NA et al

Date: 12/21/2023

The Plaintiff are appealing the ORDER dated December 1st 2023 (Docket. Entry 71).


Gerrad Pernell Swahili /Fatima
All Rights reserved