

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# FILED

Molly C. Dwyer
Clerk of Court

JAN 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-37 |
| Originating Case Number: | 5:23-cv-00980-MEMF-AFM |
| | |
| Short Title: | Swahili, et al. v. Wells Fargo Bank, National Association, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The $605 docketing fee remains due.** Failure to correct this deficiency within 14 days will result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the district court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:            24-37
Originating Case Number:  5:23-cv-00980-MEMF-AFM

Case Title:               Swahili, et al. v. Wells Fargo Bank, National
                          Association, et al.

**Friday, January 12, 2024**
Gerrad Pernell Swahili                    Appeal Transcript Order Due
Fatima Swahili                            Appeal Transcript Order Due

**Monday, February 12, 2024**
Gerrad Pernell Swahili                    Appeal Transcript Due
Fatima Swahili                            Appeal Transcript Due

**Friday, March 22, 2024**
Gerrad Pernell Swahili                    Appeal Opening Brief Due
Fatima Swahili                            Appeal Opening Brief Due

**Monday, April 22, 2024**
Wells Fargo Bank, National Association    Appeal Answering Brief Due
Carrington Mortgage Services, LLC         Appeal Answering Brief Due
Mortgage Electronic Registration Systems  Appeal Answering Brief Due
Wilmington Savings Fund Society, FSB      Appeal Answering Brief Due
Lawyers Title Company                     Appeal Answering Brief Due
DHI Mortgage Company, Ltd.                Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**